# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:24-mj-63-01-TSM
INFORMATION ASSOCIATED WITH )
hkrestaurants@outlook.com )
THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT )
CORPORATION USA )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____Western_____ District of _____Washington_____, there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | - Wire Fraud |
| 18 U.S.C. § 1349 | - Attempt to Commit Wire Fraud |
| 18 U.S.C. § 1957 | - Money Laundering |

The application is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Michael Nunley
*Applicant's signature*

S.A. Michael Nunley, Veteran's Affairs - OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephonic Conference** *(specify reliable electronic means)*.

Date: **Apr 5, 2024**

*Judge's signature*

City and state: Concord, New Hampshire      Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*